ELLIOT ENOKI
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
U. S. Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2001

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00046 DAE -04 |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | [21 U.S.C. § 841(a)(1)] |
| vs. | ) | |
| | ) | |
| EVERETT Q. L. MUN,      (04) | ) | |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges that:

On or about September 27, 2000, in the District of Hawaii, the defendant, EVERETT Q. L. MUN, did knowingly and intentionally distribute twenty-two (22) "papers" of heroin, to wit, approximately 2.0 grams, a Schedule I controlled substance.

      All in violation of Title 21, United States Code, Section 841(a)(1).

      DATED:   8 · 8  , 2001 at Honolulu, Hawaii.

*[signature]*
ELLIOT ENOKI
United States Attorney
District of Hawaii

*[signature]*
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney


<u>UNITED STATES v. EVERETT Q. L. MUN</u>
CR. NO. 01-00046 DAE -04
"Information"